IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO D. ROBLEDO and ALICIA H. ROBLEDO,<br><br>    Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA; RECONSTRUST COMPANY, N.A.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>    Defendants. | No. C 11-0237 CW<br><br>ORDER TO RESPOND TO INTENT TO RELATE CASES |

On January 14, 2011, Plaintiffs Alberto D. Robledo and Alicia H. Robledo filed the following mortgage fraud-related actions in the Northern District of California:

    <u>Robledo v. Bank of America</u>, Case No. C 11-0237 CW

    <u>Robledo v. Bank of America</u>, Case No. C 11-0238 RS

    <u>Robledo v. Bank of America</u>, Case No. C 11-0240 PJH

    <u>Robledo v. Bank of America</u>, Case No. C 11-0241 RS

    <u>Robledo v. Bank of America</u>, Case No. C 11-0242 WHA

    <u>Robledo v. Bank of America</u>, Case No. C 11-0243 SI

The complaints in these six cases appear nearly identical, with the exception of the property at issue. <u>Compare</u> Compl. 5, Case No. C 11-0237 CW (addressing property at 329 Siesta Way in Sonoma, California) <u>with</u> Compl. 5, Case No. C 11-0242 WHA (addressing property at 479 Verano Avenue in Sonoma, California). The similarities among the cases suggest that relating these cases pursuant to Civil L.R. 3-12 is appropriate.

    Within seven days of the date of this Order, the parties may

file any response in opposition to or in support of relating Case Nos. C 11-0238 RS, C 11-0240 PJH, C 11-0241 RS, C 11-0242 WHA and C 11-0243 SI to Case No. C 11-0237 CW and assigning them to the undersigned, the judge assigned to the earliest-filed case.  If no response is received, the cases will be deemed related and the Clerk will be directed to re-assign them.

IT IS SO ORDERED.

Dated: 3/25/2011

CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBLEDO et al,

        Plaintiff,

  v.

BANK OF AMERICA et al,

        Defendant.
                             /

Case Number: CV11-00237 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alberto D. Robledo
17175 Cedar Avenue
Sonoma, CA 95476

Alicia H. Robledo
17175 Cedar Avenue
Sonoma, CA 95476

Dated: March 25, 2011

                                      Richard W. Wieking, Clerk
                                      By: Nikki Riley, Deputy Clerk

3