*E-Filed 3/28/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERTO D. ROBLEDO, et al., | **No. C 11-1292 RS** |
| Plaintiffs, | **ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION** |
| v. | |
| CHASE BANK, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), this matter is hereby referred to the Honorable Claudia Wilken for a determination as to whether it is related to Robledo v. Bank of America, Case No. C 11-0237 CW.

IT IS SO ORDERED.

Dated: 3/28/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

No. C 11-1292 RS
ORDER

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Alberto D. Robledo
17175 Cedar Avenue
Sonoma, CA 95476

Alicia H. Robledo
17175 Cedar Avenue
Sonoma, CA 95476

DATED:   3/28/11

/s/ Chambers Staff

Chambers of Magistrate Judge Richard Seeborg

2

No. C 11-1292 RS
ORDER