IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO D. ROBLEDO and ALICIA H. ROBLEDO,<br><br>    Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA; RECONTRUST COMPANY, N.A.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>    Defendants. | No. C 11-0237 CW<br>No. C 11-0238 CW<br>No. C 11-0240 CW<br>No. C 11-0241 CW<br>No. C 11-0242 CW<br>No. C 11-0243 CW<br><br>ORDER DISMISSING ACTIONS FOR FAILURE TO PROSECUTE |

In these related cases, Defendants Bank of America, et al., filed motions to dismiss the complaints of Plaintiffs Alberto D. Robledo and Alicia H. Robledo.[1]  On April 6, 2011, the Court instructed Plaintiffs that their opposition to Defendants' motions shall be filed in a single brief not to exceed twenty-five pages. The Court further instructed Plaintiffs that, unlike their response to the Court's March 25, 2011 Order, their opposition must contain comprehensible arguments that respond substantively to Defendants' motions.  Plaintiffs were warned that their failure to comply with the Court's April 6, 2011 Order would result in the dismissal of their actions for failure to prosecute.

On April 15, 2011, Plaintiffs filed various documents, none of which are intelligible.  Accordingly, Case Nos. C 11-0237 CW, C 11-0238 CW, C 11-0240 CW, C 11-0241 CW, C 11-0242 CW and C 11-0243 CW

---

[1] As noted in the Court's previous order, Plaintiffs' complaints in each of these actions appear identical, except for the property at issue in each action.  Defendants' motions to dismiss also appear identical.

are dismissed without prejudice for failure to prosecute. Defendants' motions to dismiss are DENIED as moot.  The Clerk shall close the files on these cases.

    IT IS SO ORDERED.

Dated: 4/27/2011

CLAUDIA WILKEN  
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBLEDO et al,

        Plaintiff,

v.

BANK OF AMERICA et al,

        Defendant.

Case Number: CV11-00237 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 27, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alberto D. Robledo
17175 Cedar Avenue
Sonoma, CA 95476

Alicia H. Robledo
17175 Cedar Avenue
Sonoma, CA 95476

Dated: April 27, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk